Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 11, 2012

David A. Riggi, Esq.
Bar No. 4727
5550 Painted Mirage Road, Suite 120
Las Vegas, Nevada 89149
Telephone: (702) 463-7777
Facsimile: (888) 306-7157
riggilaw@gmail.com

*Attorney for Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-10-11559-MKN |
| MARCO A. MENDOZA. and<br>MARGARITA MENDOZA, | Chapter 11 |
| | DATE: August 1, 2012<br>TIME: 9:30 p.m. |
| Debtors in Possession. | |

### ORDER CONFIRMING PLAN OF REORGANIZATION
### OF MARCO A. MENDOZA AND MARGARITA MENDOZA

The Third Amended Plan of Reorganization, filed by Marco A. Mendoza and Margarita Mendoza (the "Debtors"), as debtors and debtors in possession, on July 13, 2012, as Document number 282, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129 (a) have been satisfied;

IT IS ORDERED that:

The Third Amended Plan of Reorganization, Document number 282, filed by Marco A. Mendoza and Margarita Mendoza on July 13, 2012 ("PLAN"), and each of its provisions shall be and hereby is APPROVED and CONFIRMED. The failure to specifically include any particular provisions of the Plan in this Confirmation Order shall not diminish or impair the efficacy of such provisions, it being understood that it is the intent of the Court that the Plan be confirmed and approved in its entirety; and it is

Further ORDERED that:

The Plan shall be binding upon the Debtors, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against the Debtors, including all governmental entities, whether or not the claim or interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan; and it is

Further ORDERED that:

The Debtors are authorized to execute, deliver, file or record such contracts, instruments, releases and other agreements or documents and take such action as may be necessary or appropriate to effectuate, implement, and further evidence the terms and conditions of the Plan. The Debtors are authorized and empowered to issue, execute, deliver, file or record any agreement, documents or security, and to take any action necessary or appropriate to implement, effectuate and consummate the Plan in accordance with its terms, whether or not specifically referred to in the Plan, without further order of this Court, and any or all such documents shall be accepted by all of the appropriate filing offices and recorded in accordance with applicable state law and shall become effective in accordance with their terms and the provisions of state law; and it is

Further ORDERED that:

This Confirmation Order shall constitute all approval and consent required, if any, by the laws, rules or regulations of any State or any other governmental authority with respect to the implementation or consummation of the Plan and any documents, instruments or agreements, and any amendments or modifications thereto, and any other acts referred to in or contemplated by the Plan.

DATED this 29th day of August, 2012.

Respectfully Submitted,

Law Offices of David A. Riggi

By: /s/David A. Riggi
David A. Riggi, Esq.
5550 Painted Mirage Road, Suite 120
Las Vegas, Nevada 89149

Charles L. Kennon III
Charles L. Kennon, III, Esq.
The Cooper Castle Law Firm, LLP
820 South Valley View Blvd.
Las Vegas, Nevada 89107
Attorney for Aurora Loan Services, LLC.


/s/Gina M. Corena
Gina M. Corena, Esq.
Miles, Bauer, Bergstrom & Winters, LLP.
2200 Paseo Verde Pkwy., Ste. 250
Henderson, NV 89052
Attorney for Bank of America, N.A.

**ALTERNATIVE METHOD RE: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the Order accurately reflects the Court's ruling and that (check one):

_____ The Court has waived the requirement set forth in LR9021(b)(1).

_____ No party appeared at the hearing to object to the plan.

__X__ I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the Order, or failed to respond, as indicated below:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this Order pursuant to LR 9014(g), and that no party has objected to the form or content of the Order.

APPROVED: Charles L. Kennon, Esq.
APPROVED: Gina M. Corena, Esq.