_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**September 06, 2013**

_____

LAW OFFICE OF DAVID A. RIGGI
DAVID A. RIGGI, ESQ.
Nevada Bar No. 4727
5550 Painted Mirage Rd., Suite 120
Las Vegas, Nevada 89149
Telephone:   702-463-7777
Facsimile:  1-888-306-7157
E-mail:  RiggiLaw@gmail.com
*Attorney for the Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-10-11559-MKN |
| MARCO A. MENDOZA and MARGARITA MENDOZA, | Chapter 11 |
| Debtors in Possession. | Hearing Date:  July 24, 2013<br>Hearing Time:  9:30 a.m. |

### ORDER CLOSING CASE

Upon consideration of the Motion (the "Motion") of MARCO A. MENDOZA and MARGARITA MENDOZA, the above-captioned Debtors and Debtors in Possession (the "Debtors") seeking administrative closure of the Debtor's Chapter 11 Case; and based upon a review of the record on this proceeding and representation of counsel;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that notwithstanding the binding provisions of Debtors' Chapter 11 Plan confirmed on September 11, 2012, the chapter 11 case of the Debtors is hereby administratively closed, without prejudice to the rights of the Debtors or any other party in interest to seek to reopen such case for good cause shown or for the entry of the Debtors' discharge in accordance with 11 U.S.C. § 1141; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Respectfully submitted,

By: /s/*David A. Riggi*
David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 120
Las Vegas, NV 89149
Ph: 1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for Debtors in Possession*

## **ALTERNATIVE METHOD RE: RULE 9021:**

In accordance with L.R. 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirement set forth in LR 9021 (b)(1).

\_x\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**APPROVED:**

**DISAPPROVED:**

**FAILED TO RESPOND:**